No. 194, Misc. BRADEN *v.* MISSOURI. Circuit Court of Cole County, Missouri. Certiorari denied. Petitioner *pro se*. *John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 527, Misc. CONNELLY *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 530, Misc. GORDY *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se*. *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice* and *Robert O. Fagg,* Assistant Attorneys General, for respondent.

No. 532, Misc. MITMAN *v.* CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 538, Misc. SIGLAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 548, Misc. AINGS *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 554, Misc. WRIGHT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 556, Misc. LEAR *v.* NEW JERSEY ET AL. Supreme Court of New Jersey. Certiorari denied.